```
 1  MARILYN B. GUNNER, ESQ. SB# 149540
    P.O. Box 605
 2  La Mesa, Ca.  91944-0605
    Telephone:  (619) 461-8716
 3  Fax:        (619) 461-6795

 4  Attorney for Material Witness

 5
                    UNITED STATES DISTRICT COURT
 6                  SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA,    )   Criminal Case No: 08cr0073 JAH
                                 )
 9              PLAINTIFF,       )   Magistrate No:    07mj2959 LSP
         V.                      )
10                               )
    ARIEL INFANTE,               )
11                               )   PROOF OF SERVICE
                DEFENDANT.       )
12                               )
    _____)
13
         1.   I am a citizen of the United States and a resident of the
14  County of San Diego; I am over the age of eighteen years and not a
    party to the entitled action; my business address is P. O. Box 605,
15  La Mesa, California 91944.

16       2.   On April 29, 2008, I served the document(s) described
    below as:
17     EX PARTE MOTION TO EXONERATE MATERIAL WITNESS BOND w/EXHIBIT 1

18     BY ELECTRONIC FILING TO:

19    All parties named in the Docket for service via ECF; Carey Dawn
    Gordon:  carey_gorden@fd.org  ;US ATTORNEY William A. Hall:
20  William.A.Hall@usdoj.gov

21  and the proposed Order to Exonerate the bond by E-mail to those same
    parties.
22

23
         I declare under penalty of perjury under the laws of the State
24  of California that the foregoing is true and correct.  Executed
    April 29, 2008, San Diego, California.
25

26                                     S/ MARILYN B. GUNNER
                                       Attorney for Material Witness
27                                     E-MAIL: mgunner@cox.net

28
```